# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arnold, Morris S. | 8th U S Circuit Ct of Appeals | 06/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge--Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol Ave., Suite C-150
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | University of Arkansas, author's royalties | $483.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | |
|---|---|
| **Name of Person Reporting** <br><br> **Arnold, Morris S.** | **Date of Report** <br><br> 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset <br> exempt from prior disclosure | B <br> Income during <br> reporting period | | C <br> Gross value at end <br> of reporting period | | D <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e g , <br> div , rent, <br> or int ) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e g , <br> buy, sell, <br> redemption) | (2) <br> Date <br> mm/dd/yy | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code 1 <br> (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 1. Simmons Bank - Account 1 | A | Interest | J | T | | | | | |
| 2. Simmons Bank - Account 2 | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Mineral Interests - Various Lands in Texas (H) | | | | | | | | | |
| 5. Southland Champion Mineral, Morgan Keegan, Lufkin, TX | B | Royalty | K | W | | | | | |
| 6. Grayburg Mineral Account, Morgan Keegan, Lufkin, TX | A | Royalty | J | W | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Clearing Services, LLC - Account 1 (H) | | | | | | | | | |
| 9. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 10. Norfolk Southern Corp NSC | C | Dividend | M | T | | | | | |
| 11. Simmons 1st Natl Corp CL A $5 Par SFNC | C | Dividend | M | T | | | | | |
| 12. First Trust Val LN TGT SAFE 30 2Q 19 MO RE | A | Dividend | | | Sold | 06/30/20 | J | | |
| 13. Amazon.com Inc AMZN | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 14. Apple Inc AAPL | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 15. First Trust Val LN TGT SAFETY30 3Q20 MO RE | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 16. | | | | | | | | | |
| 17. Wells Fargo Clearing Services, LLC - Account 2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Dillards Inc CL A DDS | A | Dividend | K | T | | | | | |
| 19. | MFS Core Equity Fund CL A MRGAX | A | Dividend | K | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 20. | First Trust Val LN TGT SAFE 30 2Q 19 MO RE | A | Dividend | | | Sold | 06/30/20 | J | | |
| 21. | First Trust Val LN TGT SAFETY30 3Q20 MO RE | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 22. | | | | | | | | | | |
| 23. | TIAA-CREF - Account 1 (H) | | | | | | | | | |
| 24. | TIAA Traditional | D | Dividend | M | T | Sold<br>(part) | 12/15/20 | J | A | |
| 25. | TIAA Real Estate | A | Dividend | K | T | Sold<br>(part) | 12/15/20 | J | A | |
| 26. | CREF Bond Market R3 | D | Dividend | L | T | Sold<br>(part) | 12/15/20 | J | A | |
| 27. | CREF Stock R3 | D | Dividend | L | T | Sold<br>(part) | 12/15/20 | J | A | |
| 28. | CREF Inf-Linked Bond R3 | A | Dividend | J | T | Sold<br>(part) | 12/15/20 | J | A | |
| 29. | CREF Global Equities R3 | E | Dividend | L | T | Sold<br>(part) | 12/15/20 | J | A | |
| 30. | T-C Intl Eq-Inst | C | Dividend | K | T | Sold<br>(part) | 12/15/20 | J | A | |
| 31. | T-C Sm-Cap Eq-Inst | C | Dividend | K | T | Sold<br>(part) | 12/15/20 | J | A | |
| 32. | Vang Mid-Cap Idx Ins | C | Dividend | K | T | Sold<br>(part) | 12/15/20 | J | A | |
| 33. | Vang Value Index Inst | B | Dividend | K | T | Sold<br>(part) | 12/15/20 | J | A | |
| 34. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA-CREF - Account 2 (H) | | | | | | | | | |
| 36. TIAA Traditional | C | Dividend | M | T | Sold (part) | 12/15/20 | J | | |
| 37. TIAA Real Estate | A | Dividend | K | T | Sold (part) | 12/15/20 | J | | |
| 38. CREF Bond Market R3 | B | Dividend | K | T | Sold (part) | 12/15/20 | J | | |
| 39. CREF Stock R3 | C | Dividend | K | T | Sold (part) | 12/15/20 | J | | |
| 40. CREF Global Equities R3 | C | Dividend | K | T | Sold (part) | 12/15/20 | J | | |
| 41. AM FDS Wash Mutual R5 | A | Dividend | | | Sold | 12/15/20 | L | A | |
| 42. T-C Bond-Inst | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 43. T-C Infl-Lnkd Bond-Inst | A | Dividend | | | Sold | 12/15/20 | J | A | |
| 44. AF EuroPacific Growth R5 | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 45. T-C Bond Index-Inst | A | Dividend | | | Sold | 12/15/20 | J | A | |
| 46. T-C Mid-Cap Val-Inst | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 47. T-C Sm-Cap Eq-Inst | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 48. T-C Intl Eq Idx-Inst | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 49. T-C S&P 500 Idx-Inst | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 50. T-C Gr & Inc-Inst | A | Dividend | | | Sold | 12/15/20 | K | A | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. TIAA-CREF - Account 3 (H) | | | | | | | | | |
| 53. CREF Global Equities R3 | D | Dividend | L | T | Sold<br>(part) | 12/15/20 | J | A | |
| 54. | | | | | | | | | |
| 55. TIAA-CREF - Account 4 (H) | | | | | | | | | |
| 56. TIAA-CREF Managed Allocation Fund -<br>RTL | E | Dividend | O | T | Buy<br>(add'l) | 12/18/20 | L | | |
| 57. | | | | | | | | | |
| 58. TIAA-CREF - Account 5 (H) | | | | | | | | | |
| 59. TIAA Bank Savings | A | Interest | N | T | Open | 05/11/20 | N | | |
| 60. | | | | | | | | | |
| 61. Simmons Bank - IRA | A | Int./Div. | | | Matured | 09/11/20 | J | | |
| 62. | | | | | | | | | |
| 63. Stephens Inc. - Account 1 (H) | | | | | | | | | |
| 64. Federated Govt Oblig SS | A | Interest | K | T | | | | | |
| 65. American Funds Washington Mutual Fund<br>Class F3 | A | Dividend | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 66. | | | | | Sold | 05/07/20 | J | | |
| 67. Vanguard Mid-Cap Vipers Exchange -<br>Traded Fund | A | Dividend | | | Sold | 04/15/20 | J | | |
| 68. Vanguard Small Cap - ETF | A | Dividend | | | Sold | 04/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Vanguard Totl Stock Mkt Vipers | B | Dividend | L | T | Sold<br>(part) | 03/24/20 | J | | |
| 70. | Vanguard Total Bond Market - ETF | B | Dividend | K | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 71. | Vanguard Whitehall FD High Dividend<br>Yield ETF SHS | A | Dividend | | | Sold | 05/07/20 | J | | |
| 72. | Vanguard Index FDS Vanguard Growth<br>ETF | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 73. | Vanguard Index FDS Vanguard Value ETF | A | Dividend | | | Sold | 04/16/20 | J | | |
| 74. | Vanguard Index FDS Vanguard Small-Cap<br>Growth ETF | A | Dividend | J | T | Buy | 11/27/20 | J | | |
| 75. | IShares TR S&P 100 ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 76. | IShares TR Morningstar Mid Cap Growth<br>ETF | A | Dividend | K | T | Buy | 06/30/20 | J | | |
| 77. | Citibank NA Death Put FDIC Cert 7213 | A | Dividend | | | Redeemed | 12/07/20 | J | A | |
| 78. | Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |
| 79. | Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |
| 80. | Goldman Sachs Bank USA Death Put FDIC<br>Cert 33124 | A | Dividend | J | T | | | | | |
| 81. | Nebraskaland Natl BK North Platte NEB<br>CTF DEP | A | Dividend | J | T | | | | | |
| 82. | Apple Inc com AAPL | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 83. | Microsoft Corp com MSFT | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 84. | Verizon Communications Inc com | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 85. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Stephens Inc. - Account 2 (H) | | | | | | | | | |
| 87. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 88. American Funds Washington Mutual Fund Class F3 | A | Dividend | | | Buy (add'l) | 03/19/20 | J | | |
| 89. | | | | | Sold | 05/07/20 | K | | |
| 90. American Funds Growth Fund of America Class F1 | A | Dividend | | | Sold | 05/07/20 | J | | |
| 91. Vanguard Growth Vipers | A | Dividend | K | T | Buy (add'l) | 06/30/20 | J | | |
| 92. Vanguard High Div Yield | A | Dividend | | | Sold | 05/07/20 | J | | |
| 93. Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | | | Sold | 04/15/20 | J | | |
| 94. Vanguard Small Cap ETF | A | Dividend | | | Sold | 04/03/20 | J | | |
| 95. Vanguard Totl Stock Mkt Vipers | B | Dividend | M | T | Buy (add'l) | 06/30/20 | L | | |
| 96. | | | | | Sold (part) | 03/24/20 | J | A | |
| 97. Vanguard Value ETF | A | Dividend | | | Sold | 04/16/20 | J | | |
| 98. Vanguard Total Bond Market - ETF | A | Dividend | K | T | | | | | |
| 99. Vanguard Index FDS Vanguard Small-Cap Growth ETF | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 100. Invesco Exchange-Traded Self -Indexed FD TR Bulletshares 2024 ETF | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 101. IShares TR S&P 100 ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 102. IShares TR NASDAQ Biotechnology ETF | A | Dividend | J | T | Buy | 05/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares TR Morningstar Mid Cap Growth ETF | A | Dividend | J | T | Buy | 04/15/20 | J | | |
| 104. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |
| 105. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | | | Redeemed | 11/09/20 | J | A | |
| 106. Goldman Sachs Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | | | | | |
| 107. Goldman Sach Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | | | | | |
| 108. Goldman Sachs BK USA New York CTF DEP 2.050% | A | Dividend | | | Redeemed | 05/13/20 | J | A | |
| 109. Apple Inc com AAPL | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 110. Microsoft Corp com MSFT | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 111. Verizon Communications Inc com | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 112. | | | | | | | | | |
| 113. Stephens Inc. - Account 3 (H) | | | | | | | | | |
| 114. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 115. Invesco Oppenheimer Discovery Fund Class R6 | A | Dividend | J | T | Sold (part) | 06/22/20 | J | A | |
| 116. Invesco Oppenheimer Developing Markets Fund Class R6 | A | Dividend | J | T | | | | | |
| 117. Baird Core Plus Bond Fund Inst Class | A | Dividend | J | T | Buy (add'l) | 06/30/20 | J | | |
| 118. | | | | | Sold (part) | 03/23/20 | J | | |
| 119. Blackrock Low Duratation Bond Portfolio Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 03/23/20 | J | | |
| 121. Fidelity Advisor New Insights Fund Class I | A | Dividend | | | Sold | 07/15/20 | J | A | |
| 122. JPMorgan Mid Cap Value Fund Class L | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 123. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 124. Ivy International Core Equity Fund Class I | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 125. Janus Henderson Enterprise Fund Class I | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 126. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 127. JPMorgan Large-Cap Growth Fund Class I | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 128. | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 129. Loomis Sayles Global Bond Fund Inst Class | A | Dividend | J | T | | | | | |
| 130. Lord Abbet Floating Rate Fund Class F | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 131. Mainstay Mackay Convertible Fund Class I | A | Dividend | J | T | Sold<br>(part) | 12/28/20 | J | A | |
| 132. T Rowe Price Small Cap Value Fund Class I | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 133. | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 134. T Rowe Price Value Fund Class I | A | Dividend | J | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 135. | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 136. Wasatch International Growth Fund Instl<br>Class | A | Dividend | J | T | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/22/20 | J | A | |
| 138.  Vanguard Index FDS Real Estate Index FD ETF | A | Dividend | J | T | Buy (add'l) | 06/30/20 | J | | |
| 139. | | | | | | | | | |
| 140.  Stephens Inc. - Account 4 (H) | | | | | | | | | |
| 141.  Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 142.  Microsoft Corp | A | Dividend | L | T | Buy (add'l) | 06/30/20 | J | | |
| 143.  Alibab Group Holding LTD Sponsored ADR | A | Dividend | K | T | | | | | |
| 144.  Amazon.com Inc. | A | Dividend | M | T | | | | | |
| 145.  Apple Inc. | A | Dividend | L | T | | | | | |
| 146.  Lowes Companies Incorporated | A | Dividend | K | T | | | | | |
| 147.  Bristol Myers Squibb CO Com | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morris S. Arnold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544